U.S District Court
207 N.W. 2ND St. R.337
Ocala, Florida 34475

8-3-23

James Wingfield

vs.

No. 5:23cv504-KKM-PRL

(1) Mr. Harr Lieutenant USP Coleman 1
(2) Mr. Bolstick Correctional officer Coleman 1
(3) Mr. Withers Warden USP Coleman 1
(4) Mr. Sookdale Captain USP Coleman 1
(5) Mr. Phelps Assistant Warden USP Coleman 1
(6) Mr. Carrell DHO USP Coleman 1

Defendants Are Sued in Both their Individual and Official Capacites

Plantiff Jury Demand yes!

## MR WINGFIELD BIVINS ACTION COMPLAINT

### Complaint

Mr. Wingfield is a federal prisoner housed at USP Coleman 1 Florida serving a 84 month sentence who's Constitutional Rights Are Repeatedly being violated by the Negligent. Wrongful Acts of Employees of the F.B.O.P named in this Action. For which Mr. Wingfield seeks Damages and Compensations for

### Claims For Relief

Claim (1)  Abuse and misuse of Powers of Office by LT. HARR And his Underling Co-Workers (To) Knowingly With evil intent to Cause Mr. Wingfield Physical, Mental And legal harms, And denial of Safety.

(State All Facts)

*(Start With)(A) In early April 2023 I Requested P.C And was Placed in S.H.U for my Safety. Yet I was Denied P.C And staff began issuing me A chain of bogus Incident Reports. Some 3 in 90 Days (to) make it A Repeated offense so As to get me to D.H.O And take my goodtime to keep me illegally detained longer As I was Due To be Released in August 2023 yet on the 3rd Incident Report the DHO Mr. Carrell knowingly And deliberately exceeded the Amount Allowed 14 days loss of goodtime And seized 21 days of my goodtime. Some 7 days more than Allowed Per the F.B.O.P Discipline Policy 5270.09 § 541.1 to 8

(B) However while this was going on LT. Harr chimed in And on About 7/6/23 had his underling staff conduct A shake down of our cell, SHU-Arange And knowing we both Are on the M.A.T program lied claiming they found suboxone in our Cell And Abuse

(1) Discipline on us with LT. Harr openly stating he was going to Continue taking my goodtime And

(2) the misuse of placement in paper clothes which is An Extreme measure only used for people who Are A threat of doing harm to themselfs (which I'm not) And Affords no due process protections As it is being Abused As A Capricious And retalitory Sanction without Any hearing or due process protections. 1st LT. Harr had staff write me up for A bogus Code 302 Misusing priscribed medications And yet then he had Staff A. Bermudez Rewrite the charge As A bogus 113 for possession of Non-pre-scribed medications when the clearly Admit in the section 11 body of the Report that Im prescribed Suboxone And thus clearly Abusing discipline And deliberately error writting me A bogus code 113 (To) get it to DHO so Mr. Carrel can Again knowingly force me to illegally And unjustly serve Additional time knowing otherwise I wont have Any way (To) Timely Correct the matters before the Damages Are Already Suffered As

(1) No DHO Appeal can be made until A DHO Final Report is issued And A Bp-10 is filed which Routinely takes months And

(2) The system is so unconstitutional basically nothing else can be filed that will timely correct the errors And or Abate or prevent the damages from occureing

And LT. Harr and DHO Carreli (know) this so they are openly and deliberately abusing powers of office with the evil intent (to) cause me damages and harms. While the Supreme Court in (2018) Rosales-mirales vs. United States argued any additional jail time even a single day is a substantial burden on the dependant.

(C) LT. Harr kept me in paper clothes for some 5 days until about 7/11/23 (without) any change of underwear and then on 7/11/23 moved me in with inmate Owlfeather-Gorbey 33405-013

(D) Where only 5 days later on 7/16/23 LT. Harr acted again and had me and Gorbey remove from our cell shu B range 228 and placed in the Shu Common Area holding cages while he LT. Harr and Co-J. Spell trash our cell and seized my radio and all my legal papers and all our writing utensals pens and pencials while LT. Harr instructed his staff to conduct P.R.E.A like body strip searches and urine tests on us and kept my celly cuff behind his back for hours. Knowing he has a dislocating R-shoulder and it causes him serious pain and refused him medical treatment where hours later. We were place back in the cell on paper clothes and left that way again without changes of clothes for some 5 days and were (both) wrote a bogus incident report for code 329 Destroy Brown and Orange linen and When

(1) We have no orange linen and

(2) Only 2 days earlier on 7/14/23 Co-Mr. Seabass at linen exchange (issued) my celly a torn brown sheet my celly inform Mr. Seabass and yet Seabass refuse to exchange and only days later the UDC Mr. Hauton and Ms. Gonzalez not wanting to hear anything we said convicted and sanction both of us for the (same) incident. (Because) we refuse to (take the shot) as staff call it routinely writing up both inmates in a cell arguing one must plea guilty from the start (take the shot) or both inmates suffer discipline and sanctions regardless who or if either (as here) are actually guilty. See report 3798605 code 329.

(E) On 7/31/23 LT. Harr had Co-Bolstick and Co-Rodriguez conduct yet another harassing cell search. Remove us from our cell shu B-221 and placed us in a holding tank and left us both cuff behind our back the entire time (knowing) this to cause my celly serious pain. While LT. Harr, Co-Rodriguez, and Co-Bolstick again trashed our cell and

Again seized All my legal And person papers, notebooks. Even Letters I had composed for my daughter. Again seize All our pens And pencils And even took my celly's glaucoma eye drops (to) Deprive him of his medications knowing such An Act could damage his eyes or blind him. Where this is the 3rd time I've had to Re-write this lawsuit As twice LT. Harr And his underlings have deliberately targeted my legal papers And have seized 2 Earler Draftings of this suit. A 2241 to the bogus discipline charges And other legal And personal papers (to)(knowingly) obstruct Justice And to deny me Access to Court. <u>Lewis</u> vs. <u>Casey</u> 518 US. 343, 355 (1996) Access to Courts is A privilege of American Citizenship protected by the 1st And 14th Amendments And see. <u>Harper</u> vs. <u>Showers</u> 174 F.3d. 716. 720. (5th Cir. 1991) <u>Scher</u> vs. <u>Engelke</u> 943 F.2d. 921. 923-24 (8th Cir. 1991) Harassing cell search violates the 8th Amendment And states A nonfrivolous claim.

Claim (2) Failure to effectively supervise. While All the events in the claim one has been talking place. I And my celly have dully dilligently Repeatedly inform USP Coleman1 Administration Warden Withers, Captain Sookdale, And AW Phelps (every week) At their Walk through Verbally And by Cop-outs And (Yet)(Nothing) has been done to Remedy or Abate the issues or the damages And they simply Allow LT. Harr And his underings As well As DHO Carrell to continue As Just on August 1. 2023 DHO Carrell was Allow to Violate every due process Right my celly had in incident Report 3782610 Code 306 Refusing him his choosen Staff Rep. DHO Carrell selected who (He wanted) As Staff Rep And then instructed that person CO-Rosardo to <u>not</u> Do (Anything) for my cell Gorbey And then convicted And Sanction him heavyly Denying him witnesses or Ability to obtain And enter evidence for his denfense And this Administration Allows such tom Foolery DHO Proceedings Simply failing to effectivly supervise lesser staff Causing us multiple Damages And offten serious threats to our safety Denying us P.C. Allowing staff to Physically Assault us And misuse Restraint Applications As A form of excessive force And to routinely orchestrate Physical Assaults on us by other seriously violent or mentally ill inmates. While taking my goodtime And keeping me in such r

environment is A substantial threat to my safety And A Qualifying imminent danger Especially where Im Deny P.C. <u>Matzker</u> vs. <u>Herr</u> 748 F.2d.1149(7<sup>th</sup>Cir.2005) Administrative staff can be held liable for negligents, wrongful Acts of their employees Specifically in cases where they Are made Aware of the events And fail to take Any Reasonable steps to Correct or Abate them.

Where LT. HARR And his underlings Are under the direct supervision of this Administration And F.B.O.P inmate discipline Policy 5270.09 § 541.1 To 8 specifically §541.8(i) Appeals Paragraph 1 states in part.

"The Warden may Also Review DHO Hearings to the extent he or she considers necessary to ensure substantial Compliance with the Provisions of the discipline Police". And therefore this Administration is Also obligated to Address the misconducts taking place by DHO CARRell.

Claim(3) Denial of timely or meaningful Access to the F.B.O.P Administrative Remedy Process And or DHO Appeals

1st Staff convicted me of the 3rd Code 306 taking 7 days more than Allowed Policy And then Never gave me a bp-10 Appeal form. To Appeal

2nd Its common knowledge At USP Coleman1 that No bp-10 Appeals Are being Allowed to leave the facility. Staff Are impeding or trashing them (to) impede Regional Review And Correction of issues And to impede exhaustion (to) error immunize or enforce misconducts

3rd In Recent weeks I filed A Bp-8 on the LT. HARR events some 7-8 days Ago And yet it was Never Answered or process with Counselor Mr. Fruit Aguing LT. HARR is his friend. So he dont let people file on his friends And thus No FBOP Remedy process is Award Available. <u>Johnson</u> vs. <u>True</u> 125 F.Supp.2d.186,188-89 (W.D.VA.2000) Holding Allegations that efforts to Exhaust were frustrated by prison staff Raised An Issue of material fact warranting futher Proceedings And barr defendants from such Defense of failure to Exhaust under §1997(e)(A)

Therefore, my constitutional Rights Are being violated And I demand damages And Compensations. This has caused me serious emotional Distress And mental Anguish.

### Relief Sought

(1) $1,000,000.00 One million dollars
(2) In Junction or TRO to stop LT. HARR And DHO Carrell from Abusing discipline And taking my goodtime
(3) I seek An emergency hearing And Appointment of Counsel.

James Wingfield 90809-083
federal Correctional Complex
Coleman USP 1
PO Box 1033
Coleman, Fl 33521

*James Wingfield* (signature)